IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 12-945-LPS |
| OVERSTOCK.COM, INC., | |
| Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT OVERSTOCK.COM, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers, LLC and Defendant Overstock.com, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*

Dated: August 19, 2014

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Karen L. Pascale*
Karen L. Pascale (No. 2903)
James L. Higgins (No. 5021)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendant Overstock.com, Inc.*

**IT IS SO ORDERED** this 20th day of August, 2014.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge